| | |
|---|---|
| Edward O. Sassower, P.C. (pro hac vice pending) | Michael A. Condyles (VA 27807) |
| Steven N. Serajeddini, P.C. (pro hac vice pending) | Peter J. Barrett (VA 46179) |
| Anthony R. Grossi (pro hac vice pending) | Jeremy S. Williams (VA 77469) |
| **KIRKLAND & ELLIS LLP** | Brian H. Richardson (VA 92477) |
| **KIRKLAND & ELLIS INTERNATIONAL LLP** | **KUTAK ROCK LLP** |
| 601 Lexington Avenue | 901 East Byrd Street, Suite 1000 |
| New York, New York 10022 | Richmond, Virginia 23219-4071 |
| Telephone:     (212) 446-4800 | Telephone:     (804) 644-1700 |
| Facsimile:     (212) 446-4900 | Facsimile:     (804) 783-6192 |

*Proposed Co-Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| INTELSAT S.A., *et al.*,[1] | ) | Case No. 20-32299 (KLP) |
| | ) | |
| Debtors. | ) | (Joint Administration Requested) |
| | ) | |

**AMENDED NOTICE OF FILING OF CHAPTER 11 PETITIONS AND
FIRST DAY MOTIONS AND OF PROPOSED HEARING ON FIRST DAY MOTIONS**

**PLEASE TAKE NOTICE THAT** on May 13, 2020 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed with the United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division (the "Court"), their respective voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code") commencing the above-captioned chapter 11 cases.

**PLEASE TAKE FURTHER NOTICE THAT** together with their chapter 11 petitions, the Debtors also requested an expedited hearing before the Court (the "First Day Hearing") to

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been requested, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/intelsat. The location of the Debtors' service address is: 7900 Tysons One Place, McLean, VA 22102.

consider certain motions and applications filed on the Petition Date and listed on the Proposed First Day Agenda attached hereto (collectively, the "First Day Motions").

**PLEASE TAKE FURTHER NOTICE THAT** the Court has scheduled the First Day Hearing on **May 15, 2020, at 10:00 a.m., prevailing Eastern Time**, Courtroom 5100, United States Bankruptcy Court for the Eastern District of Virginia, Richmond Division, 701 East Broad Street, Richmond, Virginia, 23219. The First Day Hearing will be held by remote video conference. Parties who wish to attend the First Day Hearing, but do not intend on participating in the hearing (listen-only) may do so by using one of the following dial-in numbers:

| | |
|---|---|
| Phone Number: 888-363-4734 | Phone Number: 888-363-4735 |
| Access Code: 3238664 | Access Code: 8617460 |
| Security Code: 2299 | Security Code: 2299 |

Parties who wish to participate in such First Day Hearing may do so by registering through the following link:

https://www.zoomgov.com/meeting/register/vJItf--urT8uGvqWBvXHB7PauYtgf8xzBqM

**PLEASE TAKE FURTHER NOTICE THAT** a copy of each of the First Day Motions may be obtained at no charge at https://cases.stretto.com/intelsat or for a fee via PACER at http://www.vaeb.uscourts.gov in accordance with the procedures and fees set forth therein.

**PLEASE TAKE FURTHER NOTICE THAT your rights may be affected. You should carefully read the First Day Motions and discuss them with your attorney, if you have one in these chapter 11 cases. If you do not have an attorney, then you may wish to consult with one.**

**PLEASE TAKE FURTHER NOTICE THAT** if you do not want the Court to grant the relief requested in the First Day Motions, or if you want the Court to consider your views on the First Day Motions, then you or your attorney must attend the First Day Hearing.  If you or your attorney do not take these steps, then the Court may decide that you do not oppose the relief sought in the First Day Motions and may enter orders granting the relief requested in the First Day Motions.

[*Remainder of page intentionally left blank*]

Richmond, Virginia
Dated:   May 14, 2020

*/s/ Jeremy S. Williams*

| | |
|---|---|
| **KUTAK ROCK LLP** | **KIRKLAND & ELLIS LLP** |
| Michael A. Condyles (VA 27807) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Peter J. Barrett (VA 46179) | Edward O. Sassower, P.C. (*pro hac vice* pending) |
| Jeremy S. Williams (VA 77469) | Steven N. Serajeddini, P.C. (*pro hac vice* pending) |
| Brian H. Richardson (VA 92477) | Anthony R. Grossi (*pro hac vice* pending) |
| 901 East Byrd Street, Suite 1000 | 601 Lexington Avenue |
| Richmond, Virginia 23219-4071 | New York, New York 10022 |
| Telephone:       (804) 644-1700 | Telephone:    (212) 446-4800 |
| Facsimile:        (804) 783-6192 | Facsimile:     (212) 446-4900 |
| Email:     Michael.Condyles@KutakRock.com | Email:         edward.sassower@kirkland.com |
|                Peter.Barrett@KutakRock.com |                    steven.serajeddini@kirkland.com |
|                Jeremy.Williams@KutakRock.com |                    anthony.grossi@kirkland.com |
|                Brian.Richardson@KutakRock.com | |
| *Proposed Co-Counsel to the Debtors and Debtors in Possession* | *Proposed Co-Counsel to the Debtors and Debtors in Possession* |