Edward O. Sassower, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C. (admitted *pro hac vice*)
Anthony R. Grossi (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
Brian H. Richardson (VA 92477)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:    (804) 644-1700
Facsimile:    (804) 783-6192

*Co-Counsel to the Debtors and Debtors in Possession*

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## RICHMOND DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| INTELSAT S.A., *et al.*,[1] | Case No. 20-32299 (KLP) |
| Debtors. | (Jointly Administered) |
| INTERNATIONAL TELECOMMUNICATIONS SATELLITE ORGANIZATION, | |
| Movant, | |
| v. | Contested Matter |
| INTELSAT S.A., | |
| Respondent. | |

## AGREED ORDER GRANTING RELIEF FROM AUTOMATIC STAY

Upon the *Motion of the International Telecommunications Satellite Organization for Relief from Automatic Stay* [Docket No. 185] and *Memorandum in Support* [Docket No. 187] (together,

---

[1] Due to the large number of Debtors in these chapter 11 cases, for which joint administration has been granted, a complete list of the Debtor entities and the last four digits of their federal tax identification numbers is not provided herein. A complete list may be obtained on the website of the Debtors' proposed claims and noticing agent at https://cases.stretto.com/intelsat. The location of the Debtors' service address is: 7900 Tysons One Place, McLean, VA 22102.

the "Motion") filed by the International Telecommunications Satellite Organization (the "ITSO"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference from the United States District Court for the Eastern District of Virginia*, dated August 15, 1984; and this Court having found that it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; the above-captioned debtors and debtors in possession (collectively, the "Debtors") having consented to the relief requested herein; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The automatic stay of section 362(a) of the Bankruptcy Code is hereby modified, effective upon entry of this Order, to allow the arbitration commenced by ITSO on November 18, 2019 (the "Arbitration") in the International Chamber of Commerce, International Court of Arbitration (the "ICC"), to proceed in its entirety and as to all of ITSO's claims.

2. For the avoidance of doubt, the automatic stay of section 362(a) of the Bankruptcy Code is modified to permit ITSO to continue the Arbitration with respect to Intelsat S.A., in its capacity as a debtor-in-possession.

3. Both the Debtors and ITSO reserve all rights as to classification and payment of any interim or final award entered by the ICC in the Arbitration, and in all other respects, including, without limitation, ITSO's right to move for payment of an administrative expense claim in this Court based upon any interim or final funding award.

4. This Court shall retain exclusive jurisdiction with respect to any efforts to enforce any monetary award entered by the ICC in the Arbitration.

5. Given the agreement reached by the Debtors and ITSO reflected herein, the hearing on the Motion scheduled for July 28, 2020, is not necessary and is stricken.

6. Notwithstanding any applicable Bankruptcy Rules, including the stay of order imposed by Bankruptcy Rule 4001(a)(3), the terms and conditions of this Order shall be immediately effective and enforceable.

7. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.

Dated: Jul 27 2020
Richmond, Virginia

/s/ Keith L. Phillips
United States Bankruptcy Judge

Entered on Docket: Jul 28 2020

WE ASK FOR THIS:

*/s/   Jeremy S. Williams*
Michael A. Condyles (VA 27807)
Peter J. Barrett (VA 46179)
Jeremy S. Williams (VA 77469)
Brian H. Richardson (VA 92477)
**KUTAK ROCK LLP**
901 East Byrd Street, Suite 1000
Richmond, Virginia 23219-4071
Telephone:         (804) 644-1700
Facsimile:          (804) 783-6192

- and -

Edward O. Sassower, P.C. (admitted *pro hac vice*)
Steven N. Serajeddini, P.C (admitted *pro hac vice*)
Anthony R. Grossi (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:         (212) 446-4800
Facsimile:          (212) 446-4900

*Co-Counsel to the Debtors and Debtors in Possession*

SEEN AND AGREED:

*/s/ Amy J. Eldridge*
Amy J. Eldridge (VA 77873)
**K&L GATES LLP**
1601 K Street, N.W.
Washington, D.C. 20006
Telephone:  (202) 778-9400
Facsimile:   (202) 778-9100

and

Margaret R. Westbrook (admitted *pro hac vice*)
Emily K. Mather (admitted *pro hac vice*)
4350 Lassiter at North Hills Avenue, Suite 300
Raleigh, North Carolina 27609
Telephone:  (919) 743-7311
Facsimile:   (919) 516-2011

*Counsel for the Movant*

**CERTIFICATION OF ENDORSEMENT
UNDER LOCAL BANKRUPTCY RULE 9022-1(C)**

Pursuant to Local Bankruptcy Rule 9022-1(C), I hereby certify that the foregoing proposed order has been endorsed by or served upon all necessary parties.

*/s/   Jeremy S. Williams*