| RECORDS TRANSMITTAL AND RECEIPT | Complete and send original and two copies of this form to the appropriate Federal Records Center for approval prior to shipment of records. | Page 1 |
|---|---|---|

**1. TO**  (Complete the address for the appropriate Records Center serving your area)

**FRC - Philadelphia**
**Facility - 01**
**14700 TOWNSEND ROAD**
**PHILADELPHIA, PA, 19154**

As shown in
FPMR 101-11.410-1 ▶

**5. FROM**  (Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address)

**Customer Reference Number: N/A**
**U.S. Courts**
**578, United States Bankruptcy Courts**

**STRETTO**
**410 EXCHANGE, STE 100**
**IRVINE**
**CA - 92602  USA**

| 2. AGENCY TRANSFER AUTHORIZATION | TRANSFERRING AGENCY OFFICIAL(Signature and Title) WILLIAM  REDDEN | DATE 06/28/2024 |
|---|---|---|
| 3. AGENCY CONTACT | TRANSFERRING AGENCY LIASION OFFICIAL (Name,Office and Telephone No.) GREGORY COUNTS U.S. Courts Phone  (703)258-1224 | |
| 4.RECORDS CENTER   RECEIPT | RECORDS RECEIVED BY (Signature and Title) FRC - Philadelphia | DATE |

**6.**                                               **RECORDS DATA**

| TRANSFER NUMBER | | | VOLUME (in  ft.) | No. Of Containers | SERIES DESCRIPTION (with inclusive dates of records) | RESTRICTION | DISPOSITION AUTHORITY | DISPOSITION DATE | LOCATION | CONTAINER TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| RG (a) | FY (b) | NUMBER (c) | (d) | (e) | (f) | (g) | (h) | (i) | (j) | (k) |
| 578 | 2024 | 0092 | 4 | 4 | ^ RS - PROOF OF CLAIMS | No Restrictions | DC2/A15A | 10/01/2044 | Facility - 01 | Standard |

Inclusive Start Date:
    05/15/2020

Security Classification:
    Unclassified

Disposition Code: Temporary
Disposition Hold : No Hold

Inclusive End Date:
    02/15/2024

Security Level:
 Std Records-Std Storage

Disposition Citation: SF135